# Court of Appeals
# of the State of Georgia

ATLANTA,____June 30, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15E0037.  STEVENSON v. THE STATE.**

The Appellant's Emergency Motion for Extension of Time to File Application for Discretionary Appeal is hereby **GRANTED**. Appellant has 60 (sixty) days from the date of this order in which to file his Application for Discretionary Appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____06/30/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*